UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| Joan Bunce, | ) | Case No. 2:11-cv-00287-LKK-DAD |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING JOINT |
| | ) | STIPULATION AND MOTION TO |
| vs. | ) | DISMISS ENTIRE ACTION WITH |
| | ) | PREJUDICE |
| NCO Financial Systems, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based on the Joint Stipulation and Motion to Dismiss Entire Action, with Prejudice filed in this action, the above-captioned action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  June 22, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT